IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20875
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CAL HENRY JOHNSON,
also known as Cal Henry Mathews,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-510-ALL
--------------------
August 20, 2002

Before HIGGINBOTHAM, DAVIS, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Cal Henry Johnson appeals from the judgment revoking his probation and imposing a term of imprisonment to be followed by a term of supervised release.  Johnson contends that the district court plainly erred when it delegated to the probation office the authority to set the amount and timing of payments toward the cost of a court-ordered mental health program.  Johnson's argument is foreclosed by our opinion in United States v. Warden, 291 F.3d 363 (5th Cir. 2002).

     AFFIRMED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.